IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHARLES WAYNE LOCKHART, | § | |
| Petitioner, | § § § | |
| vs. | § | CIVIL ACTION H-10-1574 |
| RICK THALER, | § § § | |
| Respondent. | § § | |

## MEMORANDUM AND OPINION

Petitioner filed this action seeking habeas corpus relief under 28 U.S.C. § 2254. He challenges a conviction in the 344th Judicial District Court of Chambers County, Texas. Petitioner seeks leave to proceed *in forma pauperis*.

Under 28 U.S.C. § 2241(d), the district court in which the writ of habeas corpus was filed may transfer the writ to the district where the state court which convicted and sentenced the petitioner is located.

The Clerk is ORDERED to transfer this application for writ of habeas corpus to the Clerk of the Southern District of Texas, Galveston Division.

Petitioner's motion to proceed *in forma pauperis*, (Docket Entry No. 2), is DENIED without prejudice to reconsideration after transfer.

SIGNED at Houston, Texas on May 5, 2010.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

O:\RAO\VDG\2010\10-1574.a01.wpd